IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAMAR ADAMS,<br>          Plaintiff,<br><br>     v.<br><br>KULICKE AND SOFFA INDUSTRIES, INC.,<br>          Defendant. | CIVIL ACTION<br><br><br><br>NO.  24-1679 |

**O R D E R**

**AND NOW**, this 21st day of May, 2025, upon consideration of the parties' Joint Motion for Approval of the Settlement Agreement (ECF No. 16) and all relevant filings, it is hereby **ORDERED** that the Motion is **DENIED** without prejudice.

BY THE COURT:

/s/ Kelley B. Hodge

HODGE, KELLEY B., J.